**Jibril Luqman IBRAHIM,
Plaintiff—Appellant,**

v.

**UNITED STATES PAROLE BOARD** Members; **OTIS** Thompson, United States Parole Commissioner, et al., Defendants—Appellees.

No. 05–7895.

United States Court of Appeals, Fourth Circuit.

Submitted: March 17, 2006.

Decided: March 31, 2006.

Jibril Luqman Ibrahim, Appellant Pro Se. Allen F. Loucks, Jennifer A. Wright,

Assistant United States Attorneys, Baltimore, Maryland, for Appellees.

Before NIEMEYER, MICHAEL, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jibril Luqman Ibrahim appeals the district court's order denying his motion for relief from judgment, filed pursuant to Fed.R.Civ.P. 60(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Ibrahim v. U.S. Parole Board*, No. CA–03–3402–RDB (D. Md. filed Oct. 14, 2005 & entered Oct. 17, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*